IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATANAEL RIVERA,

    Plaintiff,                         JUDGMENT IN A CIVIL CASE

v.                                          12-cv-240-bbc

MICHAEL SCHULTZ, SAMUEL MENNING,
LAWRENCE PETERSON and
GEORGE J. JIMENEZ,

    Defendants.

---

    This action came for consideration before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the court has rendered a decision.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants and this case is dismissed.

Approved as to form this 15th day of November, 2013.


*Barbara B. Crabb*
Barbara B. Crabb
District Judge


*Peter Oppeneer*                       11/18/13
Peter Oppeneer, Clerk of Court           Date