UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Natanael Rivera,
　　　Plaintiff-Appellant,

VS.　　　　　　　　　　　　　　　Case No: 12-CV-240

Michael Schultz, Samuel Menning,
Lawrence Peterson, George J. Jimenez
　　　　　Defendants-Appellees,

APPELLENT NOTICE OF APPEAL

Now comes, plaintiff Natanael Rivera Pro-se hereby moves pursuant to Fed. R. App. P. Rule 4(a)(1) Appeal as of Right hereto give Notice that Rivera v. Schultz et al W.D Wis. 2012-CV-240 is being Appeal to the United States Courts of Appeals for the Seventh Circuit from a final judgment on November 14th 2013 the prejudicial order at trial hearing from Chief Judge Barbara C Crabb.

　　　　　　　　　　　　　　　Natanael Rivera
　　　　　　　　　　　　　　　S/ [signature]
CC:　　　　　　　　　　　　　United States Citizen