UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Natanael Rivera,
    Plaintiff-Appellant,

vs.                                      Case No: 12-CV-240

Michael Schultz, Samuel Menning,
Lawrence Peterson, George J. Jimenez
        Defendants-Appellees,

## APPELLENT NOTICE OF APPEAL

Now comes, plaintiff Natanael Rivera Pro-se hereby moves pursuant to Fed. R. App. P. Rule 4(a)(1) Appeal as of Right hereto give Notice that Rivera v. Schultz et al W.D Wis. 2012-CV-240 is being Appeal to the United States Courts of Appeals for the Seventh Circuit from a final judgment on November 14th 2013 the prejudicial order at trial hearing from Chief Judge Barbara C Crabb.

                                      Natanael Rivera
                                      S/
CC:                              United States Citizen